AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Russell Bersout.

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 06-mj-01132

CHARGING DISTRICTS
CASE NUMBER: _____

  The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

  IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of Delaware; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____ ,
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 6/30/06 at 9:00AM Delaware time on _____ .
*Date and Time*

_____
Signature of Judge

June 26, 2006
*Date*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
*Name of Judge*   *Title of Judge*